**Opinion issued April 18, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00642-CV

———————————

**SHAWNERVIN T. BRAGGS, Appellant**

**V.**

**ERIC MATTHEW SONGER, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-44238**

---

## MEMORANDUM OPINION

Appellant Shawnervin T. Braggs appeals from an order denying an application for a temporary restraining order. We dismiss.

Appellate courts generally have jurisdiction to review final judgments. *See Jack B. Anglin v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992). Appellate courts are

granted jurisdiction to consider appeals of interlocutory orders if a statute explicitly provides jurisdiction. *See Vo. v. Harris Cty. Toll Rd. Auth.*, No. 01–16–00976–CV, 2017 WL 1230595, at *1 (Tex. App.—Houston [1st Dist.] April 4, 2017, no pet.) (citing *Stary v. DeBord*, 967 S.W.2d 352, 352–53 (Tex. 1998)); TEX. CIV. PRAC. & REM. CODE § 51.014. A court generally lacks jurisdiction over an appeal from denial of a temporary restraining order unless the order actually denies a temporary injunction. *See Vo*, 2017 WL 1230595, at *1. Here, the order clearly denies only a request for a temporary restraining order.

This Court issued a notice to appellant advising him that we would dismiss the appeal for want of jurisdiction unless he filed a response within 10 days, establishing that this court had jurisdiction. *See* TEX. R. APP. P. 42.3. Appellant filed no response.

Accordingly, we dismiss this appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.3, 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.